445 A.2d 98

**Anthony J. HAUBRICK, Administrator of the Estate of Stella Haubrick, Deceased, and Anthony J. Haubrick, in his own Right, Appellant,**

v.

**Dr. Frank P. BASKIN.**

Supreme Court of Pennsylvania.

Argued April 15, 1982.

Decided May 19, 1982.

Herbert Somerson, Jerome H. Ellis, Norman R. Segal, Philadelphia, for appellant.

James J. McCabe, Jr., Charles V. Stoelker, Jr., Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.